AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>James Edward Cook<br><br>*Defendant(s)* | Case No. 5:22-mj-00007 |

FILED
JAN 27 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **Dec. 6, 2021 - December 28, 2021** in the county of **Raleigh** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2422(b) | Attempted Enticement of a Minor |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*TFC JY Yeager*
Complainant's signature

Trooper Jillian Yeager
Printed name and title

Signed and sworn to by telephonic means.
~~Sworn to before me and signed in my presence.~~

Date: 01/26/2022

*Omar J. Aboulhosn*
Judge's signature

City and state: Beckley, West Virginia

Omar J. Aboulhosn, United States Magistrate Judge
Printed name and title